O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN A. CLEMENS,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN DE BECKER, INC.,<br><br>Defendants. | Case No. CV 06-0859-GW (JCR)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. 636(b)(1)(C), the Court has reviewed all the records and files herein along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on the parties.

DATED: July 11, 2008

GEORGE H. WU
UNITED STATES DISTRICT JUDGE