JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN A. CLEMENS, | Case No. CV 06-0859-GW (JCR) |
| Plaintiff, | |
| v. | JUDGMENT |
| GAVIN DE BECKER, INC., | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 11, 2008

GEORGE H. WU
UNITED STATES DISTRICT JUDGE